Milo W. STRAUSBAUGH, Petitioner–Appellant,

v.

Robert L. AYERS, Jr.*, Warden; et al., Respondents–Appellees.

No. 05–55793.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9TH CIR. R. 36–3.

1. See FED. R.APP. PROC. 10(e)(2).

2. See 9TH. CIR. R. 36–3(b)(i).

* Robert L. Ayers, Jr. is substituted for his predecessor Jeanne Woodford, as Warden of California State Prison at San Quentin. See Fed. R.App. P. 43(c)(2).

Submitted April 16, 2007.**

Filed April 20, 2007.

Milo W. Strausbaugh, Blythe, CA, pro se.

Nicholas N. Paul, Esq., Heather L. Bushman, Dag, Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM ***

California state prisoner Milo W. Strausbaugh appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition challenging the denial of parole. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *Sass v. California Bd. of Prison Terms,* 461 F.3d 1123, 1126 (9th Cir.2006), and we affirm.

Despite Strausbaugh's contention to the contrary, there is some evidence in the record supporting the parole board's denial of parole. *See Sass,* 461 F.3d at 1128–29 (holding that there is no due process violation if there is some evidence in the record that could support disciplinary board's conclusion). We agree with the district court's conclusion that the state court's decision was neither contrary to, nor involved an unreasonable application of, clearly established Federal law. *See* 28 U.S.C. § 2254(d); *Sass,* 461 F.3d at 1129.

**AFFIRMED.**

---

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

